_____

No. 95-3122MN
_____

United States of America,       *
                                *
              Appellee,         *   Appeal from the United States
                                *   District Court for the District
     v.                         *   of Minnesota.
                                *
Arthur Lee McGilberry,          *   [UNPUBLISHED]
                                *
              Appellant.        *

_____

Submitted:  December 29, 1995

Filed:  January 8, 1996
_____

Before FAGG, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


Arthur Lee McGilberry appeals the drug-related sentence imposed by the district court under the sentencing guidelines. McGilberry's sentencing arguments are clearly foreclosed by this court's recent decisions in United States v. Jackson, 64 F.3d 1213, 1219-20 (8th Cir. 1995), and United States v. Higgs, No. 95-1928, 1995 WL 716193 at *1 (8th Cir. Nov. 9, 1995) (per curiam).  Because the controlling law is clear, we affirm without an extended opinion.  See 8th Cir. R. 47B.


A true copy.


     Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.